

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556
T 516.357.3000 F 516.357.3333

**LAWRENCE S. HAN**
PARTNER
(516) 357-3148
lawrence.han@rivkin.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:_____6/5/2025____

June 5, 2025

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

> Re:   *Yelitza Picon v. Central Park West Dentistry, P.C.*
>        Civil Action No. 1:25-cv-01524-DEH-SDA
>        <u>RR File No. 015709-00001</u>

Dear Honorable Stewart Aaron:

This office represents Defendant Central Park West Dentistry, P.C. ("Defendant") in the above-referenced matter.  We write to request an extension of Defendant's time to respond to the putative class action complaint from June 5, 2025, through July 11, 2025.  This application is made in compliance with Section 1(C) of Your Honor's Individual Practices.

On April 7, 2025, Defendant submitted a letter motion, with the consent of Gabriel A. Levy of Gabriel A. Levy, P.C., counsel to Plaintiff Yelitza Picon ("Plaintiff"), seeking an extension of time to respond to the putative class action complaint through June 5, 2025.  *See* ECF Document No. 10.  On April 8, 2025, Your Honor granted the request.  *See* ECF Document No. 11.  The present request for an extension is being made as the parties have made significant progress in settlement discussion and need additional to come to an agreement in principle, as well as prepare the settlement documents.  This request is being made with the consent of Mr. Levy.  Based on our review of the docket, there are no scheduled conferences or other court deadlines that would be affected by the present request.

66 South Pearl Street, 11th Floor       25 Main Street                    1301 Riverplace Boulevard      477 Madison Avenue          2649 South Road
Albany, NY 12207-1533               Court Plaza North, Suite 501      Jacksonville, FL 32207-9047    New York, NY 10022-5843     Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199    Hackensack, NJ 07601-7082      T 904.792.8925 F 904.467.3461  T 212.455 9555 F 212.687.9044   T 845.473.8100 F 845.473 8777
                                             T 201.287 2460 F 201.489.0495

**RIVKIN RADLER** LLP

Honorable Stewart D. Aaron
June 5, 2025
Page 2

Accordingly, we respectfully request that this Court grant Defendant's application to extend Defendant's time to respond to the Complaint through July 11, 2025, by "So Ordering" this letter in the space provided below. We are, of course, available to discuss the matter at the Court's convenience.

We thank the Court for its attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/ s *Lawrence S. Han*
Lawrence S. Han

CC: All counsel of record via ECF

SO ORDERED:

Defendant shall respond to the Complaint no later than July 11, 2025.

Hon. Stewart D. Aaron
Dated:  June 5, 2025

4897-0230-5355, v. 1